UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  Case No. 8:04-CR-057-T-24TGW

CRYSTAL FISHER
_____/

## ORDER

This matter comes before the Court on a petition alleging violation of the conditions of probation. On February 11, 2009, the US Probation Officer filed a petition with the Court (Doc. 42) stating that Defendant Fisher, violated the conditions of her probation by: (1) failing to make restitution, in violation of the Court's Order, which requires her to make payments at the rate of $100.00 per month.

On March 13, 2009, the Court conducted a hearing. At the hearing, Defendant Fisher admitted to committing violation One, set out above. The Court continued the hearing for sixty (60) days, directed the Defendant to immediately pay $600.00 towards restitution and to continue to make $100.00 monthly restitution payments.

On May 19, 2009, the Court reconvened. At the hearing, the Court found that, Defendant Fisher, complied with the previous directive by paying $600.00 in March, 2009, however, she failed to make a payment in April, 2009; she made a $100.00 payment on May 15, 2009.

The Court finds that Defendant Fisher violated the terms and conditions of her probation. Upon consideration, it is **ORDERED AND ADJUDGED** that she be continued on probation with the original terms and conditions.

**DONE AND ORDERED** at Tampa, Florida, this 19th day of May, 2009.

_____
SUSAN C. BUCKLEW
United States District Judge